```
___/ FILED      ___ LODGED
___  RECEIVED   ___ COPY

      JUL 1 0 2018

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ M DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Paul Darrell Burdette,<br><br>　　　　Defendant. | NO.  CR-18-00949-PHX-SPL (MHB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153, 2241(a) and 2246<br>(CIR-Aggravated Sexual Abuse)<br>Count 1 |

THE GRAND JURY CHARGES:

On or about August 6, 2017, in the District of Arizona, within the confines of the Tonto Apache Indian Reservation, Indian Country, defendant, PAUL DARRELL BURDETTE, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, S.D., by using force against her.  The sexual act involved contact between the penis and the vulva, upon penetration, however slight.

In violation of Title 18, United States Code, Sections 1153, 2241(a) and 2246.

A TRUE BILL

　　　　　　　　　_s/_____
　　　　　　　　　FOREPERSON OF THE GRAND JURY
　　　　　　　　　Date: July 10, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

_s/_____
TRACY VAN BUSKIRK
Assistant U.S. Attorney